AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Leighton et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17cv3120 |
| Poltorak et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

General Patent Corporation, General Patent Corporation International, and IP Holdings LLC.

Date:   05/02/2017

*Attorney's signature*

Michael Emil Shanahan, MS7321
*Printed name and bar number*

75 Montebello Road
Suffern, NY 10901

*Address*

MShanahan@GeneralPatent.com
*E-mail address*

(646) 286-9286
*Telephone number*

(845) 368-8770
*FAX number*