בּ"ה

Elie C. Poltorak (EP0770)
elie@poltoraklaw.com
**POLTORAK PC**
668 Crown Street
Brooklyn, NY 11213
Telephone: (718) 989-9814
Facsimile: (718) 943-8816

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID T. LEIGHTON, Executor of the Estate of Keith R. Leighton, *et al.*, | Case No.: 17 Civ. 03120 (LAK) |
| Plaintiffs, | |
| v. | |
| ALEXANDER I. POLTORAK, *et al.*, | |
| Defendants. | |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Defendants Alexander I. Poltorak, Paul J. Lerner, General Patent Corporation, General Patent Corporation, incorrectly sued herein as General Patent Corporation International, and IP Holdings, LLC substitute Elie C. Poltorak (EP0770) as counsel of record, in place of David J. Michalski, Esq. Contact information for new counsel appears above.

The undersigned Defendants consent to the above substitution:

**GENERAL PATENT CORPORATION:**

BY: _____
Alexander Poltorak
Chairman & CEO
Date: May 24, 2017

IP HOLDINGS LLC:

BY: /s/ Alexander Poltorak
Alexander Poltorak
Managing Director
Date: May 24, 2017

/s/ Alexander Poltorak
Alexander I. Poltorak, individually
Date: May 24, 2017

/s/ Paul J. Lerner
Paul J. Lerner, Esq., individually
Date: May 26, 2017

I consent to being substituted.

THE MICHALSKI LAW FIRM, LLC

BY: /s/ David J. Michalski
David J. Michalski
Date: May 26, 2017

I consent to the above substitution.

POLTORAK PC

BY: /s/ E. Poltorak
Elie C. Poltorak
Date: May 24, 2017

The substitution of attorney is hereby approved and so ORDERED.

Dated: May ____, 2017

_____
Hon. Lewis A. Kaplan, D.C.J.