

Elie C. Poltorak
(718) 989-9814
elie@poltoraklaw.com

July 5, 2017

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Leighton, et ano. v. Poltorak, et al.*
    **Case No. 1:17-cv-03120 (LAK)**

Dear Judge Kaplan:

  We represent Defendants herein.

  By Order, dated June 27, 2017 (Docket Entry No. 30), the Court set a deadline of July 10, 2017 for Defendants to answer or move with respect to the Complaint herein. Co-counsel for— and General Counsel of— the corporate Defendants, Michael Shanahan, Esq., is presently on vacation and will not return until next week. Undersigned counsel requires his sign-off on the Motion to Dismiss we intend to file on behalf of all Defendants herein. Accordingly, we respectfully request a **three-day extension** of Defendants' deadline to move or answer, to July 13, 2017. So trivial a delay cannot possibly prejudice Plaintiffs in any way.

  Counsel for Plaintiffs have indicated that they oppose this request.

  We thank the Court for its consideration of this matter.

           Respectfully submitted,

           POLTORAK PC

           _____
            Elie C. Poltorak (EP0770)

cc: All counsel (via ECF)